Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
　　　　dcl@miller-wagner.com

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMANDA L. BISHOP and TERESSA WILSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARION COUNTY, a local government body of the State of Oregon; JASON MYERS, individually and in his official capacity as MARION COUNTY SHERIFF; and MARK W. SAMUELS,<br><br>　　　　　　Defendants. | Case No. 6:12-CV-00746-TC<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS |

NOTICE IS HEREBY GIVEN that Kirstin E. Lurtz and Gloria M. Roy are withdrawing and Robert S. Wagner and David C. Lewis of Miller & Wagner LLP are substituted as attorneys for defendants Marion County and Jason Myers only, effective as of June 10, 2013.

MARION COUNTY

_____
Kirstin E. Lurtz, OSB #970774

MILLER & WAGNER, LLP

_____
Robert S. Wagner, OSB #844115

_____
David C. Lewis, OSB #953348
Substituted Attorneys for Defendants
　Marion County & Jason Myers
503-299-6116

Withdrawing Attorney
325 13th St., NE
Salem, Oregon 97309
503-588-5220

Page 1 -　　NOTICE OF SUBSTITUTION OF ATTORNEYS

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF SUBSTITUTION OF ATTORNEYS,** on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

> Kevin J. Jacoby
> Attorney at Law
> 2731 Twelfth St., SE
> P.O. Box 3095
> Salem, Oregon 97302
> 503-585-2054
> kevin@connollypc.com
>
> Dennis V. Messoline
> Attorney at Law
> 2711 12th St., SE
> Salem, Oregon 97302
> 503-364-9366
> dmessoline@justice.com
>             Of Attorneys for Plaintiffs

DATED this 17th day of June, 2013.

_____
Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
503-299-6116

Page 2 -    CERTIFICATE OF SERVICE

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116